```
        IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
          MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION
```

| | |
|---|---|
| ANGELA DENISE NAILS,        )<br>                             )<br>    Plaintiff,               )<br>                             )<br>    v.                       )<br>                             )<br>GEICO INSURANCE COMPANY      )<br>and JENNIFER VENDARS,        )<br>                             )<br>    Defendants.              ) | CIVIL ACTION NO.<br>   2:11cv1059-MHT<br>        (WO) |

OPINION

Plaintiff filed this lawsuit seeking damages arising out of an automobile accident.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 3rd day of February, 2012.

                                          /s/ Myron H. Thompson
                                   **UNITED STATES DISTRICT JUDGE**